IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EUGENE MOORE, JR. § § Plaintiff, § § v. § § RYDER SYSTEM, INC. and LOWE'S § COMPANIES, INC. § § Defendants. § | Civil Action No. _____ |

## PLAINTIFF'S ORIGINAL COMPLAINT

### SUMMARY

1. Plaintiff EUGENE MOORE, JR. is bringing this action against RYDER SYSTEM, INC. (hereinafter referred to as "RYDER) and LOWE'S COMPANIES, INC. (hereinafter referred to as "LOWE's").

2. Plaintiff was seriously injured when he ran over a broken drive shaft that fell out of a RYDER rental truck traveling in the lane ahead of him.

3. Defendant RYDER SYSTEM, INC. owned the faulty vehicle with the broken drive shaft.

4. Defendant LOWE'S COMPANIES, INC. was renting the faulty vehicle with the broken drive shaft and had put one of its employees on the public roads with the unsafe vehicle.

5. Plaintiff now brings this action seeking compensation for the injuries he sustained and the damages he incurred in the past and most likely will incur in the future.

### JURISDICTION AND VENUE

6. This Court has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332(a).

7. Plaintiff is a resident of Texas and resides within the Eastern District of Texas.

8. Defendant RYDER SYSTEM, INC. is a foreign corporation, incorporated and doing business in Florida.

9. Defendant LOWE'S COMPANIES, INC. is a foreign corporation, incorporated and doing business in North Carolina.

10. This case has complete diversity in that Plaintiff and Defendants are citizens of different states.

11. The amount in controversy, exclusive of interest and costs, exceeds seventy-five thousand dollars.

12. The accident made the basis of this suit occurred in Wood County, Texas, within the Eastern District of Texas.

13. Venue is proper in the Eastern District of Texas.

## PARTIES

14. Plaintiff EUGENE MOORE, JR. is a resident of Tyler, Smith County Texas.

15. Defendant RYDER SYSTEM, INC. is a Florida corporation with its principal place of business in Miami, Florida and may be served with process through its registered agent, Robert D. Fatovic, 11690 N.W. 105 Street, Miami, Florida 33178.

16. Defendant LOWE'S COMPANIES, INC. is a North Carolina corporation with its principal place of business in Mooresville, North Carolina, and may be served with process through its registered agent, CORPORATION SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

## FACTS

17. On or about May 5, 2017, Plaintiff was traveling south on Farm to Market Road 2869 in Wood County, Texas.

18. At about the same time, an employee of Defendant LOWE'S COMPANIES, INC. was operating a rental truck owned by RYDER SYSTEM, INC. and was traveling south on Farm to Market Road 2869 in Wood County, Texas, in the lane ahead of Plaintiff.

19. Suddenly, and without warning, the drive shaft of the RYDER SYSTEM, INC. rental truck broke and fell out of the RYDER truck, landing in the roadway directly in front of Plaintiff's vehicle.

20. Plaintiff was unable to stop his vehicle or take evasive action in time to avoid running over the broken drive shaft in the roadway.

21. Plaintiff suffered serious bodily injuries when his vehicle struck the broken drive shaft in the roadway with tremendous force.

## NEGLIGENCE

22. At and immediately before the occurrence in question, Defendant RYDER SYSTEM, INC. was guilty of acts and/or omissions which constitute negligence. These acts and/or omissions include, but are not limited to, failing to properly maintain its rental vehicle, failing to inspect its rental vehicle, and entrusting a mechanically unsound vehicle to the public, thereby endangering people on the Texas roads.

23. Each of the above-mentioned acts or omissions of Defendant RYDER SYSTEM, INC. constitutes negligence which was the proximate cause of the occurrence in question and the resulting damages sustained by Plaintiff.

24. At and immediately before the occurrence in question, Defendant LOWE'S COMPANIES, INC. was guilty of acts and/or omissions which constitute negligence. These acts and/or omissions include, but are not limited to, putting an employee on the public roads without proper inspection

and/or maintenance of its rented vehicle, entrusting a driver with a vehicle that was mechanically unsound, and failing to inspect the vehicle.

25. Each of the above-mentioned acts or omissions of Defendant LOWE'S COMPANIES, INC. constitutes negligence which was the proximate cause of the occurrence in question and the resulting damages sustained by Plaintiff.

## DAMAGES FOR PLAINTIFF EUGENE MOORE, JR.

26. Plaintiff EUGENE MOORE, JR. sustained serious bodily injuries as a direct and proximate result of the negligence of Defendants RYDER SYSTEM, INC. and LOWE'S COMPANIES, INC.

27. Plaintiff EUGENE MOORE, JR. suffered the following damages:

   a. Necessary medical care, and reasonable expenses for same, in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident;

   b. Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future;

   c. Physical pain and suffering in the past;

   d. Physical pain and suffering which, in reasonable probability, will be suffered in the future;

   e. Mental anguish in the past;

   f. Mental anguish which, in reasonable probability, will be suffered in the future;

   g. Physical impairment in the past;

   h. Physical impairment which, in reasonable probability, will be suffered in the future;

   i. Disfigurement in the past;

   j. Disfigurement in the future;

   k. Loss of earnings and loss of earning capacity in the past; and

l. Loss of earning capacity which, in reasonable probability, will be incurred in the future.

## PRAYER

28. FOR THE REASONS STATED, Plaintiff prays that Defendants be cited in terms of law to appear and answer herein and that Plaintiff, upon final trial of this cause, have judgment against Defendants, jointly and severally, in an amount in excess of the minimum jurisdictional limits of this Court, for costs of Court, pre-judgment and post-judgment interest at the highest legal rate, for the recovery of actual damages, and for such other and further relief, both special and general, to which Plaintiff may be entitled at law or in equity.

Respectfully submitted,

*/s/ Shane McGuire*
**SHANE MCGUIRE**
State Bar No. 24055940
THE MCGUIRE FIRM, PC
102 N. College St., Suite 301
Tyler, Texas 75702
Phone: 903-630-7154
Fax: 903-630-7173
shane@mcguirefirm.com

**AND**

/s/*Keith Miller*
**KEITH MILLER**
State Bar No: 14093750
LAW OFFICE OF KEITH MILLER
100 E. Ferguson, Suite 101
Tyler, Texas 75702
(903)597-4090
(903)597-3692
keith@5974090.net

**ATTORNEYS FOR PLAINTIFFS**